*Goldstein* for the United States.

No. 680. Smith et al., Partners, *v.* Davis et al., as Board of County Tax Assessors, et al. April 3, 1944. Petition for writ of certiorari to the Supreme Court of Georgia granted. *Messrs. Blair Foster, Philip H. Alston,* and *Wm. Hart Sibley* for petitioners.

No. 684. Pope *v.* United States. April 3, 1944. Petition for writ of certiorari to the Court of Claims granted. *Messrs. George Robert Shields, Herman J. Galloway, John W. Gaskins,* and *Fred W. Shields* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Robert L. Stern* and *Melvin Richter* for the United States.

No. 793. L. P. Steuart & Bro., Inc. *v.* Bowles, Price Administrator, et al. April 3, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia granted. *Messrs. Renah F. Camalier* and *Francis C. Brooke* for petitioner. *Solicitor General Fahy* and *Mr. Thomas I. Emerson* for respondents.

No. 759. Kann *v.* United States. April 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Simon E. Sobeloff* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Edward G. Jennings,* and *Miss Beatrice Rosenberg* for the United States.